

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Reynaldo Morales  v.  Travelers Indemnity Company of Connecticut

Appellate case number:   01-14-00429-CV

Trial court case number:  2013-54065

Trial court:             165th District Court of Harris County

Date motion filed:        December 29, 2014

Party filing motion:      Appellant Reynaldo Morales

    It is ordered that the motion for rehearing is ⊠ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                    ☐ Acting individually     ⊠ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Brown


Date:  January 27, 2015